THE BOOKWALTER STEEL AND IRON COMPANY, appellant,

*v.*

JOHN P. STOCKTON, attorney-general, respondent.

On appeal from an order advised by Vice-Chancellor Bird, whose opinion is reported in *Bookwalter Steel and Iron Company's Case, 6 Dick. Ch. Rep. 71.*

*Mr. Horatio N. Barton,* for the appellant.

*Mr. William Y. Johnson,* for the respondent.

PER CURIAM.

Order affirmed, for the reasons given in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, DIXON, GARRISON, LIPPINCOTT, MAGIE, REED, VAN SYCKEL, BOGERT, BROWN, KRUEGER, SIMS, SMITH—12.

*For reversal*—None.